PER CURIAM.
 

 Affirmed.
 
 See Merritt v. State,
 
 712 So.2d 384, 385 (Fla.1998) (finding that attempted battery on a law enforcement officer is a non-existent crime and ordering that the defendant be resentenced to attempted battery);
 
 J.S. v. State,
 
 925 So.2d 438, 438 (Fla. 5th DCA 2006) (ordering resentencing of defendant to attempted battery from the non-existent charged crime of attempted battery on a law enforcement officer);
 
 see also Velez v. State,
 
 988 So.2d 707, 708 (Fla. 3d DCA 2008) (finding that the defendant was not entitled to be personally present at the sentence reduction for a conviction which ran concurrent with another conviction for which he given a longer sentence).